**AFFIDAVIT**

FILED

APR – 4 2024

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

I, John H. Galbreath, being duly sworn, depose and state as follows:

**EXPERIENCE AND TRAINING**

1. I am currently a Task Force Officer of the Drug Enforcement Administration (DEA), Norfolk District Office (NRO). I am also a special agent with the Virginia State Police (VSP). I have been employed in this capacity since February 7, 2007. I have been assigned to the Virginia State Police Bureau of Criminal Investigations since 2015. In April of 2015, I was deputized as a Task Force Officer with DEA in Norfolk, Virginia.

2. I am familiar with the facts and circumstances of this investigation, as a result of the information received by me and summarized in the reports I have reviewed. I have compiled information derived from discussions and interviews with experienced law enforcement officers and agents. I have not set forth each and every fact learned during the course of this investigation, only those facts that I believe are relevant to establish probable cause.

3. I submit this Affidavit in support of a criminal complaint and arrest warrant charging DANNY LAMONT BETHEA with possession with intent to distribute fifty (50) grams or more of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii) and possession of a firearm in furtherance of drug trafficking in violation of Title 18, United Sates Code, Section 924(c).

**FACTS SUPPORTING PROBABLE CAUSE**

4. In May of 2023, Chesapeake police conducted a traffic stop and recovered methamphetamine from the vehicle. An occupant of the vehicle, hereinafter referred to Confidential Source #1 ("CS-1") provided information on a methamphetamine dealer known as "Roscoe" who sells methamphetamine and heroin. CS-1 advised that "Roscoe" sells out of his black four-door Audi sedan behind the International House of Pancakes ("IHOP") restaurant on North Battlefield Boulevard in Chesapeake.

5. In June 2023, Chesapeake police conducted a traffic stop and recovered methamphetamine and two firearms from the vehicle. An occupant of the vehicle, hereinafter referred to as Confidential Source #2 ("CS-2"), advised of a man he/she knows as "Roscoe" who is actively selling methamphetamine and heroin. CS-2 further advised that "Roscoe" currently wears an ankle monitor and resides at a brick apartment complex at the corner of Norcova Avenue and Princess Anne Road in Norfolk. CS-2 advised that "Roscoe's" apartment is the last door near the dumpster. CS-2 described "Roscoe" as a 38-year-old black male, approximately 6 feet tall, skinny and drives a newer model black Audi sedan.

6. Using the information provided by both cooperating witnesses, investigators determined "Roscoe" to be DANNY LAMONT BETHEA.

7. In late September 2023, Chesapeake police conducted a traffic stop and recovered methamphetamine and heroin from the vehicle. An occupant of that vehicle, hereinafter referred to as Confidential Source #3 ("CS-3"), advised that the methamphetamine and heroin located during the traffic stop came from "Roscoe." CS-3 provided a phone number for "Roscoe," 803-***-0194, and advised that this is the number he/she uses to purchase narcotics. CS-3 further advised that "Roscoe" frequently travels to South Carolina and Georgia to purchase narcotics which he then transports back to Virginia. CS-3 advised that he/she has purchased narcotics from "Roscoe" at the IHOP in Chesapeake and from his residence in Norfolk.

8. In October 2023 a member of the investigative team showed CS-1 a picture of BETHEA and he/she confirmed that it was the person he/she knew as "Roscoe." Utilizing law enforcement databases, the investigative team was able to find an address listed for Danny BETHEA in the 4900 block of East Princess Anne Road, Apt. 1, in Norfolk. Members of the investigative team went out to that address and located a black Audi A4 parked in front of Apartment #1 with Virginia license plate TZZ-5507. Members of the investigative team also observed BETHEA exit Apartment #1 and get into the driver's seat of the black Audi A4 before departing.

9. In November 2023, surveillance was conducted at the IHOP located at 641 North Battlefield Blvd in Chesapeake, and BETHEA's black Audi A4 was observed parked at the IHOP. Investigators observed BETHEA conduct what appeared to be a drug sale inside his vehicle outside of the IHOP with another individual.

10. Members of the investigative team saw the individual exit the IHOP parking lot and pull into a nearby parking lot. They approached the individual and observed a bag of methamphetamine and a bag of heroin in plain view on the dashboard above the radio. The individual, hereinafter referred to as Confidential Source #4 ("CS-4"), advised that the narcotics came from "Roscoe" at the IHOP a few minutes earlier. CS-4 further advised that he/she knows "Roscoe" lives in Norfolk off Norcova Avenue, and that he sells methamphetamine, heroin, crack cocaine, and powder cocaine. CS-4 advised that during the month of November 2023, he/she has seen narcotics out in the open, numerous firearms, and large amounts of cash at "Roscoe's" residence. CS-4 provided the same phone number, 803-***-0194, as CS-3 and stated that is the number he/she uses to communicate with "Roscoe" to purchase narcotics.

11. On November 22, 2023, members of the Chesapeake PD narcotics investigative team executed search warrants on BETHEA's person, his vehicle, and his residence in the 4900 block of East Princess Anne Road, Apt. 1, in Norfolk. The search of BETHEA's person and his vehicle occurred outside Tidewater Community College in Suffolk, Virginia. The following items were located and seized:

From defendant's vehicle:
    (a) Girsan 9mm semi-automatic pistol under the driver's seat
    (b) $13,640 cash

From the defendant's person:
    (c) United States currency
    (d) two cell phones

From the defendant's residence:
    (e) 206 grams of methamphetamine, 98% purity (Lab Report)
    (f) 31.2 grams of fentanyl (Lab Report)

3

(g) .78 grams of fentanyl (Lab Report)

(h) 3.11 grams of crack cocaine (Lab Report)

(i) 15.58 grams of powder cocaine (Lab Report)

(j) flip phone

(k) hydraulic press

(l) Sig Sauer 9mm semi-automatic pistol and ammunition (stolen)

(m) two glass smoking devices with methamphetamine residue (Lab Report)

(n) 11 suspected Adderall pills

(o) two digital scales

(p) ledger ("owe sheet").

12. The suspected narcotics were properly packaged, vouchered, and stored before being sent to the DEA MidAtlantic Lab for testing. Thus far, analysis has been completed on the submissions noted with "Lab Report" in Paragraph 11 above.

13. Based on the foregoing facts, I believe that there is probable cause to charge DANNY LAMONT BETHEA with possession with intent to distribute 50 grams or more of methamphetamine, in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(A)(viii) and possession of a firearm in furtherance of drug trafficking, in violation of Title 18, United States Code, Section 924(c), and ask that a warrant be issued for his arrest.

Further, your affiant sayeth naught.

John M. Galbreath
Task Force Officer, DEA

Seen and Reviewed:

Sherrie S. Capotosto
Assistant United States Attorney

SWORN AND SUBSCRIBED TO BEFORE ME, this ___4th___ day of ~~March~~ April, 2024.

UNITED STATES MAGISTRATE JUDGE
at Norfolk, Virginia

4