IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

v.                                                            Criminal Action No. 2:24cr44

DANNY LAMONT BETHEA,
            Defendant.

## ORDER

This matter comes before the Court on its own initiative.  On June 7, 2024, the Court held

a hearing on the motion to withdraw filed by defense counsel, Andrew Sacks, Esq.  (ECF No. 24.)

During the hearing, the Court asked about the work Mr. Sacks had performed in this case

and directed Mr. Sacks to disclose the fee his client, Danny Lamont Bethea, had paid him for

handling this matter.  The Court now DIRECTS Mr. Sacks to provide the Court with written

documentation of (1) the fee he received for this case; (2) an accounting of how fees have been

earned thus far; and (3) the amount of money he has refunded or will refund to Mr. Bethea.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

                                                                         /s/
                                                        John A. Gibney, Jr.
                                                        Senior United States District Judge

Date: 7  June 2024
Richmond, VA