UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:24cr44 |
| ) | Case No.: 2:19cr175 |
| DANNY LAMONT BETHEA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Pursuant to the Bail Reform Act, 18 U.S.C. §§ 3142, 3143(a)(1), a hearing on the United States Government's Motion for Detention was scheduled to be held on June 28, 2024. The Court was to consider whether the Defendant should be detained pending his supervised release violation hearing in Case No. 2:19cr175 and/or detained pending trial for charges brought by indictment in Case No. 2:24cr44.

Defendant appeared with counsel and prior to any proffer of evidence or argument, moved for a continuance of the detention hearings pending the Court's ruling on Defendant's pro se Motion to Dismiss, ECF No. 19, in Case No. 2:24cr44. The Government consented to the continuance. Accordingly, the Court **GRANTS** Defendant's oral Motion to Continue. Should Defendant request a detention hearing on either or both cases, one shall be provided in accordance with the statute.

The Clerk is **DIRECTED** to forward a copy of this Order to the United States Attorney, the United States Marshal, the United States Probation Office, and counsel of record for the Defendant.

It is so **ORDERED**.

/s/ Lawrence R. Leonard
Lawrence R. Leonard
United States Magistrate Judge

Norfolk, Virginia
June 28, 2024