## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CASE NO.: 2:24-cr-00044** |
| ) | |
| **DANNY LAMONT BETHEA** ) | |
| ) | |
| **Defendant.** ) | |

### MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW

COMES NOW counsel for the Defendant, Danny Lamont Bethea, and submits this memorandum in support of his Motion to Withdraw.

### Procedural Background

Mr. Bethea is charged with various offenses related to illegal narcotics and firearms. He has entered pleas of not guilty to his pending charges. Mr. Bethea was originally appointed counsel from the federal public defender's office. On or about April 18, 2024, Mr. Bethea retained Andrew Sachs, Esq. to represent him. The following day, Mr. Sachs' motion to substitute in as counsel was granted. On June 3, 2024, Mr. Sachs moved to withdraw as counsel and his request was granted on June 17, 2024. The federal public defender was reappointed to represent Mr. Bethea. On July 12, 2024, Mr. Bethea's attorney orally requested to be relieved as counsel and that request was granted. The undersigned was then appointed the following day to represent Mr. Bethea.

The undersigned has met with Mr. Bethea and he has made it clear that he has no confidence in counsel's ability to represent him or provide sound advice. Further, the tenor of the communication between attorney and client has become so hostile that it is irretrievably

broken.  Mr. Bethea has expressed his mistrust in the undersigned's motives and the communication between the two of them is simply destructive where little gets accomplished. Mr. Bethea has expressed he does not wish for the undersigned to represent him and for that reason, as well as the foregoing rationale articulated previously, it is requested that the undersigned be permitted to withdraw as counsel of record.  The undersigned shall provide more detail regarding the specific concerns at a hearing if deemed necessary by the Court.

      The undersigned communicated his content to the United States Attorney's Office and it is his understanding that the prosecutor will not object to this Motion.

Respectfully Submitted,

_____/s/_____
Gregory William Klein, Esquire

Gregory William Klein, Esquire
Virginia State Bar No.: 73110
Klein, Rowell & Shall, PLLC
1294 Diamond Springs Road
Virginia Beach, VA 234525
Voice: (757) 432-2500
Fax:   (757) 432-2100
greg@krslaw.com
Counsel for Defendant Danny Lamont Bethea

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of July, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send electronic notification of such filing (NEF) to all counsel of record. Further, a copy of the foregoing was placed into the United States Mail for delivery to the following individual:

Danny Lamont Bethea
Western Tidewater Regional Jail
2402 Godwin Blvd.
Suffolk, VA 23434

/s/
Gregory William Klein, Esquire

Gregory William Klein, Esquire
Virginia State Bar No.: 73110
Klein, Rowell & Shall, PLLC
1294 Diamond Springs Road
Virginia Beach, VA 234525
Voice:  (757) 432-2500
Fax:    (757) 432-2100
greg@krslaw.com
Counsel for Defendant Danny Lamont Bethea