IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:24-cr-44 |
| | ) | |
| DANNY LAMONT BETHEA, | ) | |
| | ) | |
| Defendant. | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR CONTINUANCE OF TRIAL DATE

The United States of America, by and through undersigned counsel, hereby responds to the defendant's motion to continue the trial date (ECF 50) filed August 2, 2024. The United States has no objection to the motion given that the defendant sought and was granted new court-appointed counsel roughly three weeks prior to trial, which is presently scheduled for August 22, 2024. Importantly, defense counsel already has another trial scheduled on that same date. Further, it is likely that defense counsel needs time to review discovery, meet with the defendant, assess any outstanding plea offers, and possibly prepare for trial. Failing to grant a continuance in this case might reasonably deny the defendant continuity of counsel and concomitantly deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 US.C. § 3161(h)(7)(B)(iv).

For these reasons the United States respectfully submits that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial, and therefore does not object to continuing the trial date in this case. If the Court grants the defendant's motion, the United States respectfully requests that the Court enter an Order setting

forth its "ends of justice" findings pursuant to 18 U.S.C. § 3161(h)(7)(A).

                                        Respectfully submitted,

                                        JESSICA D. ABER
                                        UNITED STATES ATTORNEY

By:           /s/
                 Sherrie S. Capotosto
                 Assistant United States Attorney
                 Virginia State Bar No. 33127
                 Office of the United States Attorney
                 101 West Main Street, Suite 8000
                 Norfolk, Virginia 23510
                 Ph: (757) 441-6331
                 Fax: (757) 441-6689
                 Sherrie.Capotosto@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of August 2024, I electronically filed the foregoing Response to the Defendant's Motion for Continuance with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                                        /s/
                                      Sherrie S. Capotosto
                                      Assistant United States Attorney
                                      Virginia State Bar No. 33127
                                      Office of the United States Attorney
                                      101 West Main Street, Suite 8000
                                      Norfolk, Virginia 23510
                                      Ph: (757) 441-6331
                                      Fax: (757) 441-6689
                                      Sherrie.Capotosto@usdoj.gov