IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 2:24-cr-44 |
| ) | |
| DANNY LAMONT BETHEA, ) | |
| ) | |
| Defendant.   ) | |

## STATEMENT OF FACTS

The parties stipulate that the allegations in Counts One and Two of the Indictment and the following facts are true and correct, and had the matter gone to trial, the United States would have proven the following facts to support Counts One and Two beyond a reasonable doubt with competent, admissible evidence.

1. Between May and November of 2023, Chesapeake police conducted several traffic stops and recovered methamphetamine and heroin from occupants of the vehicles. On each occasion, at least one occupant identified the defendant as a source for methamphetamine, heroin and cocaine. They also provided his phone number, described his vehicle, his apartment, and the fact that he worked at the IHOP on North Battlefield Boulevard in Chesapeake.

2. On November 22, 2023, members of the Chesapeake Police Department narcotics investigative team executed search warrants on the defendant's person, his vehicle, and his residence in the 4900 block of East Princess Anne Road, Apt. 1, in Norfolk. The search of his person and his vehicle occurred outside Tidewater Community College in Suffolk, Virginia. The following items were located and seized:

From the defendant's vehicle:
(a) Girsan 9mm semi-automatic pistol under the driver's seat
(b) $13,640 cash

From the defendant's person:
    (c)   United States currency
    (d)   Two cell phones

From the defendant's residence:
    (e)   206 grams of methamphetamine
    (f)   31.2 grams of fentanyl
    (g)   .78 grams of fentanyl
    (h)   3.11 grams of crack cocaine
    (i)   15.58 grams of powder cocaine
    (j)   Flip phone
    (k)   Hydraulic press
    (l)   Sig Sauer 9mm semi-automatic pistol and ammunition (stolen)
    (m)  two glass smoking devices with methamphetamine residue
    (n)   11 suspected Adderall pills
    (o)   Two digital scales
    (p)   Ledger ("owe sheet").

3. The suspected narcotics were properly packaged, vouchered, and sent to the DEA MidAtlantic Lab for testing. Lab reports were returned confirming the substances and amounts listed above.

4. The defendant acknowledges that he possessed with intent to distribute the drugs seized from his residence (listed in paragraph 2, above), and that he is responsible for them because he helped procure them and stored them at his residence, but he maintains that they belonged to an uncharged co-conspirator.

5. The acts taken by the defendant in furtherance of the offenses charged in this case, including the acts described above, were done willfully and knowingly with the specific intent to violate the law. The defendant agrees that this conduct was not committed by accident, mistake or other innocent reason. The defendant acknowledges that the statement of facts does not

describe all of his conduct relating to the offenses charged in this case, nor does it identify all of the persons with whom he may have engaged in illegal activities.

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Sherrie S. Capotosto
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between myself and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
Danny Lamont Bethea
Defendant

I am Danny Lamont Bethea's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Lawrence H. Woodward, Jr., Esq.
Counsel for Defendant